UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                                Case No.: 14-52133
                                                     Chapter 7
MARK ANTHONY CHABAN,           Hon. Walter Shapero

            Debtor.
_____/

BOB WOODWARD,

            Plaintiff,                                    Adv. No.: 16-04458

v.

MARK ANTHONY CHABAN,

            Defendant.
_____/

### ORDER REMANDING REMOVED ACTION PURSUANT TO 28 USC § 1452(b)

For the reasons set forth in the June 27, 2016 Opinion Remanding Removed Action Pursuant to 28 U.S.C. § 1452(b), the case is remanded to the Wayne County Circuit Court.

**IT IS SO ORDERED.**

Signed on June 27, 2016

                                         /s/ Walter Shapero
                                         Walter Shapero
                                         United States Bankruptcy Judge